# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES COOK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 14-cv-04916 |
| v. | ) | |
| | ) | Hon. Judge Samuel Der-Yeghiayan |
| PRAXIS FINANCIAL SOLUTIONS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT

Plaintiff, CHARLES COOK, by and through his undersigned attorney, respectfully requests the Court to enter a default against Defendant, PRAXIS FINANCIAL SOLUTIONS, INCORPORATED, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for its failure to plead or otherwise defend this action. In support of thereof, Plaintiff states as follows:

1. This is an action for damages for violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq*.

2. In an attempt to recover these damages, on June 30, 2014, Plaintiff filed his Complaint alleging multiple violations against Defendant.

3. A Summons was duly issued, and together with a copy of the Complaint, was served upon Defendant on August 29, 2014 through the Cook County Sheriff's Office, at 7201 N. Lincoln Ave, Suite 220, Lincolnwood, IL 60712.

4. Defendant's answer to the Complaint or other responsive pleading was due within 21 days.

5. Defendant was required to answer to the Complaint by September 19, 2014 and as of the Date of this Motion, Defendant has failed to appear, answer or otherwise plead.

6. Because Defendant has failed to plead or otherwise defend this action, entry of a default against it is warranted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

WHEREFORE, Plaintiff CHARLES COOK, respectfully request that the Court enter a default against Defendant PRAXIS FINANCIAL SOLUTIONS, INCORPORATED.

        Respectfully Submitted,

        /s/ David B. Levin
        David B. Levin
        Counsel for Plaintiff

David B. Levin
Illinois Attorney No. 6212141
Upright Litigation LLC
25 E. Washington Street
Suite 400
Chicago, IL 60602
Phone: (312) 878-1867
Fax: (866) 359-7478
dlevin@lawsolutionsbk.com