# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

Charles Cook

                      Plaintiff,

v.                                        Case No.: 1:14−cv−04916
                                        Honorable Samuel Der−Yeghiayan

Praxis Financial Solutions, Incorporated

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 23, 2014:

    MINUTE entry before the Honorable Samuel Der−Yeghiayan: Status hearing held. Plaintiff's motion for entry of default [10] is granted.Default is hereby entered in favor of the Plaintiff Charles Cook and against Defendant Praxis Financial Solutions, Incorporated. Status hearing set for 11/20/14 at 9:00 a.m. for prove−up. Noticed motion date of 10/30/14 is stricken. Mailed notice(mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.