UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLES COOK, | ) |
| | ) |
| Plaintiff, | ) Case No. 14-cv-04916 |
| | ) |
| v. | ) Hon. Samuel Der-Yeghiayan |
| | ) |
| PRAXIS FINANCIAL SOLUTIONS, | ) |
| INCORPORATED, | ) |
| | ) |
| Defendant. | ) |

**DECLARATION OF CHARLES COOK**

I, Charles Cook, under penalty of perjury pursuant to 28 U.S.C. §1746, hereby declare and state the following:

1. I am the Plaintiff in the above-referenced lawsuit, which I filed on June 30, 2014.

2. I submit this Declaration in support of the complaint against Praxis Financial Solutions, Incorporated, the contents of which I believe to be true and accurate.

3. Except as otherwise indicated and except for facts stated herein that are matters of public record, I have personal knowledge of the facts set forth in this Declaration.

4. On or about March 11, 2014, Praxis Financial Solutions ("Praxis") sent me a letter in an attempt to collect the alleged debt. The letter stated that I could request the name and address of the original creditor within 30 days, rather than within 30 days of my receipt of the letter. A copy of the letter is attached hereto as Exhibit A.

5. On or about April 7, 2014 at 6:01 p.m., I spoke to a representative of Praxis. During this conversation, I informed the representative that I was represented by a law firm in respect to the alleged debt, and provided my attorneys' contact information.

6. Although Praxis knew of my attorney representation, Praxis placed four subsequent telephone calls to me in further attempts to collect the alleged debt. Praxis placed these telephone calls on or around, April 9, 2014 at 5:47 p.m.; May 21, 2014 at 6:41 p.m.; May 21, 2014 at 6:50 p.m.; and May 29, 2014.

7. I also received more telephone calls from Praxis after these dates but I did not document the exact dates and times of those calls.

8. I live with my wife and two sons. During the period of when Praxis was calling me, nobody in the household wanted to answer the telephone.

9. These telephone calls caused me to feel depressed. It was difficult for me to carry out my daily routine, and I was not able to sleep throughout the night.

10. After the telephone calls stopped, I no longer felt depressed and I was able to sleep throughout the night.

11. In addition to statutory damages and attorneys' fees, I have sustained actual damages of not less than $1,000 as a result of the frustration and aggravation that Praxis has caused me, by constantly contacting me regarding the alleged debt after I notified the company that I was represented by an attorney.

12. This concludes my Declaration.

### 28 U.S.C. §1746 Declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11-12-2014

_____
CHARLES COOK

At: LYNWOOD, Illinois.