IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES COOK, | ) | |
| | ) | Case No. 1:14-CV-04916 |
| Plaintiff, | ) | |
| | ) | **DECLARATION OF DAVID B.** |
| vs. | ) | **LEVIN IN SUPPORT OF** |
| | ) | **PLAINTIFF'S MOTION FOR** |
| PRAXIS FINANCIAL SOLUTIONS, | ) | **DEFAULT JUDGMENT** |
| INCORPORATED, | ) | |
| | ) | Hon. Judge Samuel Der-Yeghiayan |
| Defendant. | ) | |

I, David B. Levin, being first duly sworn as if upon oath, do swear and affirm as follows:

1. I am over the age of 18 years and, as the primary attorney for the Plaintiff in this action, I have actual knowledge of the facts stated below.

2. I am a partner in the law firm of Upright Litigation LLC.

3. Our firm uses a computer program called Clio to manage our litigation practice.

4. One of the functions of Clio is to keep track of time entries and billing on all files.

5. Attached to this declaration is a statement of the time entries reflecting all work done in furtherance of Plaintiff's case for which he is seeking compensation, which was maintained using the Clio software and then transferred to a Microsoft Word document.

6. The time entries listed in said attachment to this declaration were entered into the Clio program after the completion of each of the tasks listed in those entries. The tasks were completed on the dates indicated.

7. Said attachment to this declaration was created in the ordinary course of the business of our law firm.

8. All of the time expended was reasonable and necessary to the prosecution of Plaintiff's claims in this lawsuit.

9. I have spent a total of 5.3 hours working on Plaintiff's case to date, as reflected in said attachment to this declaration. As is also reflected therein, David Leibowitz has spent a total of 0.4 hours, Zachary Rubin has spent a total of 2.9 hours (1.4 hours prior to his admission to the bar and 1.5 hours after his admission to the bar; see below), Aquanda Thomas has spent a total of 1.5 hours and Brandy Elliott has spent a total of 0.5 hours working on Plaintiff's case to date.

10. My time is billed at a rate of $350 per hour. I am an attorney with 22 years of experience, the last 16 of which have been spent primarily in the area of plaintiffs' consumer litigation. I am admitted to practice in three states and before seven U.S. District Courts.

11. The time of attorney David Leibowitz is billed at a rate of $450 per hour. He has been admitted to the bar for approximately 40 years and regularly charges and is allowed $650 per hour for fees on bankruptcy matters. He charges a reduced rate for handling of litigation matters. Attorney Leibowitz is admitted to practice in three states and before six U.S. District Courts.

12. The time of Junior Associate Zachary Rubin was billed at a rate of $125 per hour prior to his admission to the bar and at a rate of $150 per hour after his admission to the bar. Mr. Rubin is a recent law school graduate who was admitted to the Illinois bar on November 6, 2014.

13. The time of paralegal Aquanda Thomas is billed at a rate of $125 per hour and the time of assistant Brandy Elliott is billed at a rate of $100 per hour.

14. Therefore, a total of $2,672.50 in attorneys' fees has been incurred by Plaintiff to date, including $1,855.00 by me, $180.00 by David Leibowitz, $400.00 by Zachary Rubin, $187.50 by Aquanda Thomas and $50.00 by Brandy Elliott.

15. In addition, our firm advanced the $400 filing fee to the Clerk of Courts on Plaintiff's behalf and $60 to the Cook County Sheriff for service of the summons and complaint.

16. Under penalties of perjury as provided by law pursuant to the Federal Rules of Civil Procedure, the undersigned certifies that the statements set forth in this Declaration/Affidavit are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

By: _____
David B. Levin, Attorney for Plaintiff

Dated: November 14, 2014