**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CHARLES COOK, ) | |
| ) | |
| Plaintiff, ) | Case No. 14-cv-04916 |
| ) | |
| v. ) | Hon. Samuel Der-Yeghiayan |
| ) | |
| PRAXIS FINANCIAL SOLUTIONS, ) | |
| INCORPORATED, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT ORDER

This cause coming to be heard for prove-up pursuant to Plaintiff's Motion for Default against Defendant, the Court finding that Plaintiff has presented sufficient evidence to support the entry of a default judgment against Defendant, IT IS HEREBY ORDRED:

THAT a judgment is entered in favor of the Plaintiff, CHARLES COOK, and against Defendant, PRAXIS FINANCIAL SOLUTIONS, INCORPORATED, in the total amount of $5,132.50 plus interest as allowed by law hereafter. This amount represents actual damages pursuant to 15 U.S.C. § 1692k(a)(1) in the amount of $1,000.00; statutory damages pursuant to 15 U.S.C. § 1692k(a)(2) in the amount of $1,000.00; attorneys' fees pursuant to 15 U.S.C. § 1692k(a)(3) in the amount of $2,672.50; and costs pursuant to 15 U.S.C. § 1692k(a)(3) in the amount of $460.00. This entry represents a final and appealable order.

_____         December 1, 2014
Hon. Samuel Der-Yeghiayan,                Date
United States District Judge